IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BOBBY GOLDEN,
    Plaintiff,

vs.                                       CASE NO.: 3:09cv58/RV/MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 12, 2009. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The defendant's motion to remand (doc. 9) is GRANTED.

3.    This case is remanded to the Commissioner of Social Security pursuant to sentence six of § 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and 1383(c)(3) for further proceedings.

4.    The defendant is ordered to direct the Appeals Council to continue to

search for the hearing tape and, if it is lost, remand the case to an Administrative Law Judge (ALJ) to conduct a <u>de novo</u> hearing.

      5.    The clerk is directed to close this file administratively. The court retains jurisdiction and directs the Commissioner to report on the progress of the case within ninety (90) days of the date of this order, and every thirty (30) days thereafter.

      DONE AND ORDERED this <u>13th</u> day of <u>July</u>, 2009.


              /s/ *Roger Vinson*
              **ROGER VINSON**
              **SENIOR UNITED STATES DISTRICT JUDGE**