IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BOBBY GOLDEN,
    Plaintiff,
v.                              No:   3:09cv58/RV/MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____

## REPORT AND RECOMMENDATION

Defendant has filed a motion for final judgment (doc. 17) of this cause. On July 13, 2009 the court remanded this case under sentence six of 42 U.S.C. § 405(g) for further proceedings. Defendant reports that upon remand, plaintiff was found eligible for benefits in a favorable Administrative Law Judge (ALJ) decision dated September 29, 2009.

As plaintiff received full relief, defendant requests that the court enter a final judgment in favor of plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure. Entry of a final judgment will begin the appeal period which determines the 30-day period during which a timely application for attorney fees may be made under the Equal Access to Justice Act (EAJA).

Accordingly, it is respectfully RECOMMENDED that defendant's motion for final judgment (doc. 17) be GRANTED pursuant to Rule 58 of the Federal Rules of Civil Procedure.

At Pensacola, Florida this 17th day of November, 2009.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**