# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**BOBBY GOLDEN,**
    **Plaintiff,**

**v.**                                              **3:09cv58/RV/MD**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
    **Defendant.**

_____

## ORDER

**This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 21, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.**

**Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.**

**Accordingly, it is now ORDERED as follows:**

**1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.**

**2. The plaintiff's motion for attorney's fees and expenses under the Equal Access to Justice Act (doc. 29) is granted as set forth below.**

**3. Plaintiff's counsel, Blythe Glemming, Esquire, is entitled to recover reasonable fees for representing plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); attorney fees and expenses of $2,096.31 under the EAJA are reasonable; and the Commissioner**

is directed to pay counsel this amount from Social Security appropriations. Costs in the amount of $350.00 are also awarded, to be paid from the Judgment Fund.

DONE AND ORDERED this 26th day of May, 2010.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES JUDGE**